

# COLLIN COUNTY

**Michael Gould**
District Clerk
2100 Bloomdale Rd
Suite 12132
McKinney, Texas 75071
972-548-4320 or
972-424-1460 Ext 4320 (Metro)

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 3:18:18 PM
CHRISTOPHER A. PRINE
Clerk

May 22, 2025

Attn: Ruben Morin, Clerk of the Fifth District Court of Appeals

RE:     Court Of Appeals No. 15-25-00055-CV
        Trial Court Case No. 493-01132-2023

We have not forwarded the clerk's record of this appeal due to the fact that payment has not yet been received. Upon receipt of payment, the clerk's record will be prepared then forwarded to the Court of Appeals for filing.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By: _____, Deputy
    Alicia Borboa

cc:
Mitchell Madden
mmadden@hjmmlegal.com
972-484-7743